UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENGJIN SUN, *et al.*,

                           Plaintiffs,

-v-

CHINA 1221, INC. d/b/a CHINA FUN,

                           Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/16

No. 12-cv-7135 (RJS)
JUDGMENT

RICHARD J. SULLIVAN, District Judge:

    Between November 2, 2015 and November 9, 2015, the Court held a jury trial with the Trial Plaintiffs Hengjin Sun, Youqi Yang, and Hui Song. On November 7, 2015, the Court granted Defendants' motion for judgment as a matter of law on Plaintiffs' claims against Defendants Felix Wu, Dorothea Wu, and Albert Wu. (Doc. No. 194.) On November 9, 2015, the jury rendered a verdict in favor of the Trial Plaintiffs on all claims, except the fifth cause of action. (Doc. No. 202.)

    For the reasons set forth in the Court's separately docketed order and opinion (Doc. No. 245), IT IS HEREBY ORDERED THAT Plaintiff Hengjin Sun shall be awarded $104,052.60 in damages, which consists of compensatory and liquidated damages under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") and prejudgment interest under NYLL.

    IT IS FURTHER ORDERED THAT Plaintiff Youqi Yang shall be awarded $33,427.46, which consists of compensatory and liquidated damages under the FLSA and NYLL and prejudgment interest under NYLL.

IT IS FURTHER ORDERED THAT Plaintiff Hui Song be awarded $43,980.68, which consists of compensatory and liquidated damages and prejudgment interest under the NYLL.

IT IS FURTHER ORDERED THAT the Court retains jurisdiction to determine compliance with this Order and any issues relating to post-judgment statutory interest and costs. The Clerk is directed to keep this case open, since this order is a final judgment with respect to only three Plaintiffs.

SO ORDERED.

DATED:   New York, New York
         April 19, 2016

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE