UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/16
```

HENGJIN SUN, *et al.*,

                      Plaintiffs,

-v-

CHINA 1221, INC., d/b/a CHINA FUN,

                      Defendant.

No. 12-cv-7135 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiffs have also indicated their intention to move for reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) and NYLL § 198(1-a). (Doc. No. 231 at 22–23.) Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs shall submit their motion in support of attorneys' fees no later than December 30, 2016. Plaintiffs' motion must be accompanied by contemporaneous time records that "specify, for each attorney, the date, the hours expended, and the nature of the work done." *N.Y. State Ass'n for Retarded Children, Inc. v. Carey*, 711 F.2d 1136, 1148 (2d Cir. 1983); *see also Scott v. City of N.Y.*, 626 F.3d 130, 133 (2d Cir. 2010) ("*Carey* establishes a strict rule from which attorneys may deviate only in the rarest of cases."). IT IS FURTHER ORDERED that Defendant shall submit its response no later than January 20, 2017 and that Plaintiffs shall submit their reply no later than January 30, 2017.

SO ORDERED.

Dated:     December 16, 2016
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE