UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HENGJIN SUN, et al.,

                Plaintiffs,                  12 **CIVIL** 7135 (RJS)

     -against-                     **JUDGMENT**

CHINA 1221, INC. d/b/a CHINA FUN,
                Defendant.
-----------------------------------------------------------X

       Whereas between November 2, 2015 and November 9, 2015, the Court held a jury trial with Plaintiffs Hengjin Sun, Youqi Yang, and Hui Song (the "Trial Plaintiffs") on their claims brought under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"); on November 9, 2015, the jury rendered a verdict in favor of the Trial Plaintiffs on all claims, except the fifth cause of action; on April 19, 2016, the Court issued an opinion and Order that ruled on various legal issues presented in the parties' submissions, awarded damages to the Trial Plaintiffs, and set forth the procedure for determining damages for the remaining eighteen Plaintiffs (the "Remaining Plaintiffs"), and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on December 16, 2016 having rendered its Order that a final judgment shall be entered in favor of the Remaining Plaintiffs in the following amounts:

| Qiang Ma | $65,428.65 |
|---|---|
| Jun Wang | $48,722.35 |
| Lianhua Wen | $61,708.38 |
| Weiting Zhao | $25,332.07 |
| Quan Yan | $16,298.64 |
| Genxiang Zhang | $16,298.64 |
| Junhai Zhang | $16,298.64 |
| Meide Zhang | $16,298.64 |

| Liqiang Zhou | $16,298.64 |
| --- | --- |
| Yuhai Zhou | $2,394.25 |
| Yumin Fei | $84,712.90 |
| Fenglei Huang | $32,038.56 |
| Jianhua Li | $13,325.42 |
| Jiacheng ("John") Sun | $118,494.98 |
| John Xu | $13,273.21 |
| Baoli Zhang | $20,824.16 |
| Qinghai Zhou | $25,448.78 |

that Xiaohau Lu's claims are dismissed, that Plaintiffs' motion for reconsideration of the April 19 Opinion is deemed made and is denied, that a 15% penalty will be added with respect to any damages attributable to the NYLL that have not been paid to any Plaintiff upon expiration of "ninety days following the issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal therefrom is then pending, whichever is later." NYLL §§ 198(4), 663(4), and directing the Clerk to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That or the reasons stated in the Court's Order dated December 16, 2016, final judgment is hereby entered in favor of the Remaining Plaintiffs in the following amounts:

| Qiang Ma | $65,428.65 |
| --- | --- |
| Jun Wang | $48,722.35 |
| Lianhua Wen | $61,708.38 |
| Weiting Zhao | $25,332.07 |
| Quan Yan | $16,298.64 |
| Genxiang Zhang | $16,298.64 |

| | |
|---|---|
| Junhai Zhang | $16,298.64 |
| Meide Zhang | $16,298.64 |
| Liqiang Zhou | $16,298.64 |
| Yuhai Zhou | $2,394.25 |
| Yumin Fei | $84,712.90 |
| Fenglei Huang | $32,038.56 |
| Jianhua Li | $13,325.42 |
| Jiacheng ("John") Sun | $118,494.98 |
| John Xu | $13,273.21 |
| Baoli Zhang | $20,824.16 |
| Qinghai Zhou | $25,448.78 |

Xiaohua Lu's claims are dismissed; Plaintiffs' motion for reconsideration of the April 19 Opinion is deemed made and is denied; A 15% penalty will be added with respect to any damages attributable to the NYLL that have not been paid to any Plaintiff upon expiration of "ninety days following the issuance of judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later." NYLL §§ 198(4), 663(4); accordingly, this case is closed.

**DATED:** New York, New York
December 21, 2016

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____