UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENGJIN SUN, *et al.*,

                Plaintiffs,

-v-

CHINA 1221, Inc., d/b/a CHINA FUN,

                Defendant.

No. 12-cv-7135 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      On June 24, 2020, the Court ordered Defendant's counsel to update the Court regarding the status of Defendant's bankruptcy by September 22, 2020, and every ninety days thereafter. (Doc. No. 298.)  Defendant's counsel failed to file an update by that date.  This is now the third time that Defendant's counsel has failed to timely submit an update on the status of Defendant's bankruptcy.  (Doc. Nos. 294–297.)  Defendant's counsel is admonished that it should be more diligent about complying with Court-ordered deadlines moving forward.  Accordingly, Defendant's counsel shall submit the previously ordered update by no later than September 29, 2020.

SO ORDERED.

Dated:     September 28, 2020
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation